IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:11CV146 |
| | : | JUDGE TIMOTHY S. BLACK |
| v. | : | |
| 2007 DODGE CHARGER VIN:2B3KA43R87H696721, ET AL. | : | |
| | : | |
| Defendants. | | |

### ORDER STRIKING CLAIMS AND ANSWERS OF DANIEL JACKSON AND NAKA HAMILTON AND DEEMING THE UNITED STATES' REQUESTS FOR ADMISSIONS ADMITTED

This matter is before the Court upon Plaintiff United States' Motion To Strike Claims and Answers of DANIEL JACKSON and NAKA HAMILTON and to Deem the United States' Requests for Admissions Admitted, which Motion was filed on December 29, 2011. (Doc. 14.)

The Court hereby finds that Claimants, DANIEL JACKSON and NAKA HAMILTON, have failed to comply with the Court's December 14, 2011 Order compelling the Claimants to provide their responses to the United States' First Set of Interrogatories and Request for Production of Documents and Requests for Admissions within 14 days of the Order.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Claims and Answers of DANIEL JACKSON and NAKA HAMILTON are hereby stricken from the record.

      2.      The United States' First Request For Admissions Directed to DANIEL JACKSON are deemed admitted.

      3.      The United States' First Request For Admissions Directed to NAKA HAMILTON are deemed admitted.

SO ORDERED.

Date:   1/19/12

                                                      Timothy S. Black
                                                      United States District Judge