UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  :  | CASE NO.: 3:11CV146 |
| Plaintiff,  :  | JUDGE TIMOTHY S. BLACK |
| v.  : | |
| (1) 2007 DODGE CHARGER  :  VIN:2B3KA43R87H696721, et al. | |
| Defendants.  :  | |

### JUDGMENT IN A CIVIL CASE
### AND DECREE OF FORFEITURE OF ALL DEFENDANTS

[ ] **Jury verdict.** This action came before the Court for a trial by Jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** The action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[x] **Decision by Court.** This action was decided without a trial or hearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

(1) Because the time for making claims to the property sought to be forfeited in this case has expired, and the only claims made have been stricken by the Court without opposition for failure to provide discovery (Doc. 15), the United States' Motion For Default Judgment (Doc. 16) is **GRANTED**. Because the Court grants the United States judgment by default, the United States' Motion for Summary Judgment is **DENIED** as moot. (Doc. 16).

(2) the Defendants:

    a.    2007 Dodge Charger, VIN:2B3KA43R87H696721;

    b.    $2,600.00 U.S. Currency

are hereby forfeited to the United States pursuant to 21 U.S.C. §881(a)(6);

(3) all claims and interests, including those of former Claimants DANIEL JACKSON and NAKA HAMILTON are forever closed and barred;

(4) all right, title and interest in the Defendants is vested in the United States of America and no right, title or interest exists in any other person or entity;

(5) the United States or an authorized agent thereof shall dispose of the Defendants in accordance with the law;

(6) the Court shall retain jurisdiction to enforce the terms of this Order; and

(7) this case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date: 2/28/12

*Timothy S. Black*
TIMOTHY S. BLACK
UNITED STATES DISTRICT JUDGE