# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**UNITED STATES OF AMERICA,**

   Plaintiff,

                            **CASE NO.     3:11-CV-146**

**-vs-**

                            **Judge Timothy S. Black**

**(1) 2007 DODGE CHARGER**
**VIN:2B3KA43R87H696721,** *et al.***,**

   Defendants.

___

## JUDGMENT IN A CIVIL CASE
___

     **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

     **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

     **IT IS ORDERED AND ADJUDGED** that the Motion for Default Judgment (Doc. 16) is **GRANTED**; and that the case is **CLOSED**.

Date:   February 28, 2012                           **JAMES BONINI, CLERK**

                                                        By: s/ M. Rogers
                                                        Deputy Clerk